**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**


**MATTHEW ROBERT YOUNG,**                    09-CV-1040-SU

        **Petitioner,**                    **ORDER**

**v.**

**MARK NOOTH,**

        **Respondent.**


**MATTHEW ROBERT YOUNG**
\# 6242666
SRCI
777 Stanton Blvd.
Ontario, OR 97914

        Petitioner, *Pro Se*


**JOHN KROGER**
Oregon Attorney General
**KRISTEN E. BOYD**
Assistant Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

        Attorneys for Respondent


1 - ORDER

**BROWN, Judge.**

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#27) on July 29, 2010, in which she recommends the Court grant Respondent's Motion (#24) to Dismiss Without Prejudice Petitioner's Amended Petition for Writ of Habeas Corpus, deny as moot Petitioner's Motion (#22) for Proper Case Characterization, dismiss this matter without prejudice, and deny any request for a certificate of appealability if Petitioner appeals the Court's Order. Respondent filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In his Objections, Respondent reiterates the arguments he made to the Court in numerous filings in this matter. This Court has carefully considered Respondent's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the

1 - ORDER

Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#27) and, therefore, **GRANTS** Respondent's Motion (#24) to Dismiss Without Prejudice Petitioner's Amended Petition (#16) for Writ of Habeas Corpus, **DENIES as moot** Petitioner's Motion (#22) for Proper Case Characterization, and **DISMISSES** this matter **without prejudice**.

The Court hereby denies a certificate of appealability in connection with any appeal Petitioner may make from this Court's Order.

IT IS SO ORDERED.

DATED this 22nd day of October, 2010.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge