**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**


**MATTHEW ROBERT YOUNG,**                          09-CV-1040-SU

             **Petitioner,**              OPINION AND ORDER

**v.**

**MARK NOOTH,**

             **Respondent.**


**MATTHEW ROBERT YOUNG**
# 6242666
TRCI
82911 Beach Access Rd
Umatilla, OR 97882

            Petitioner, *Pro Se*

**JOHN KROGER**
Oregon Attorney General
**KRISTEN E. BOYD**
Assistant Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

            Attorneys for Respondent


1 - OPINION AND ORDER

**BROWN, Judge.**

This matter comes before the Court on Petitioner Matthew Robert Young's Motion (#46) for Relief from Judgment pursuant to FRCP 60(4).  For the reasons that follow, the Court **DENIES** Petitioner's Motion.

On October 22, 2010, the Court entered a Judgment dismissing this matter without prejudice.

On December 3, 2010, Petitioner filed a Motion seeking an order allowing Petitioner until December 17, 2010, to file a Notice of Appeal.

On December 8, 2011, Petitioner filed a Motion for Relief from Judgment pursuant to FRCP 60(4).

On December 16, 2010, the Court granted Petitioner's Motion for an extension of time to file a Notice of Appeal and extended Petitioner's time to file the Notice to January 14, 2011.

On December 20, 2011, Petitioner filed a Notice of Appeal to the Ninth Circuit.

On December 23, 2010, Respondent filed a Response to Petitioner's Motion for Relief from Judgment.

The Ninth Circuit has made clear a district court does not have jurisdiction to address a Rule 60(b) motion for relief from judgment in a matter on appeal unless leave first is obtained from the Ninth Circuit Court of Appeals to consider the motion. *See, e.g., Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir.

1 - OPINION AND ORDER

2004), and *Gould v. Mutual Life Ins. Co.*, 790 F.2d 769, 772-73 (9th Cir. 1986).  As noted, this matter is currently pending before the Ninth Circuit and Petitioner has not obtained leave of the Ninth Circuit for this Court to hear his Motion for Relief from Judgment.  This Court, therefore, does not have jurisdiction over Petitioner's Motion for Relief from Judgment.  Accordingly, the Court **DENIES** Petitioner's Motion.


## CONCLUSION

The Court **DENIES** Petitioner's Motion (#46) for Relief from Judgment pursuant to FRCP 60(4).

IT IS SO ORDERED.

DATED this 28th day of January, 2011.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge


1 - OPINION AND ORDER